# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: RATTANAVONG, THATSANAPHET | § Case No. 11-03235 |
| | § |
| | § |
| Debtor(s) | § |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOSEPH R. VOILAND, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Northern District of Illinois
219 S. Dearborn
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 am on 12/01/2011 in Courtroom 250, United States Courthouse,
Kane County Courthouse
100 S. Third Street
Geneva, IL 60134.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed:  10/07/2011         By:  JOSEPH R. VOILAND
                                                                                                     Trustee

JOSEPH R. VOILAND
1625 WING ROAD
YORKVILLE, IL  60560
(630) 553-1951

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: RATTANAVONG, THATSANAPHET § Case No. 11-03235
§
§
Debtor(s) §

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---|
| *The Final Report shows receipts of* | $ 4,500.10 |
| *and approved disbursements of* | $ 50.00 |
| *leaving a balance on hand of* [1] | $ 4,450.10 |
| **Balance on hand:** | $ 4,450.10 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 4,450.10 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOSEPH R. VOILAND | 1,125.03 | 0.00 | 1,125.03 |
| Trustee, Expenses - JOSEPH R. VOILAND | 68.47 | 0.00 | 68.47 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 1,193.50 |
| Remaining balance: | $ 3,256.60 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 3,256.60

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 3,256.60

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 19,885.77 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 16.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Chase Bank USA, N.A. | 384.78 | 0.00 | 63.01 |
| 2 | Sallie Mae | 17,870.08 | 0.00 | 2,926.50 |
| 3 | FIA Card Services, NA/Bank of America | 1,630.91 | 0.00 | 267.09 |

Total to be paid for timely general unsecured claims: $ 3,256.60
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:   $   0.00
Remaining balance:   $   0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims:   $   0.00
Remaining balance:   $   0.00

Prepared By:   /s/JOSEPH R. VOILAND
Trustee

JOSEPH R. VOILAND
1625 WING ROAD
YORKVILLE, IL  60560
(630) 553-1951

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                              United States Bankruptcy Court
                              Northern District of Illinois
In re:                                                               Case No. 11-03235-MB
Thatsanaphet Rattanavong                                             Chapter 7
         Debtor
                                     CERTIFICATE OF NOTICE
District/off: 0752-1           User: adragonet             Page 1 of 1               Date Rcvd: Nov 01, 2011
                               Form ID: pdf006             Total Noticed: 12


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 03, 2011.
db           +Thatsanaphet Rattanavong,    1 Tivoli Place #3,   Elgin, IL 60123-2775
16729342     +Alicia Delgado,    The Ferndale Property Management Gr,    15 Longwood Place,
               Elgin, IL 60123-2768
16729344     +Chase Bank USA NA,    800 Brooksedge Blvd,   Westerville, OH 43081-2822
17507562      Chase Bank USA, N.A.,    PO Box 15145,   Wilmington, DE 19850-5145
16729345     +Citimortgage,    Blatt, Hasenmiller, Leibsker & Moor,    125 S. Wacker Drive, Suite 400,
               Chicago, IL 60606-4440
16729347      Glenview State Bank,    Donald Newman,   11 S. LaSalle #1500,    Chicago, IL 60603
16729349      Sallie Mae,    111000 USA Pkwy,   Fishers, IN 46037
16729355     +South Elgin Police Department,    10 North Water Street,    South Elgin, IL 60177-1602

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17780393      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 02 2011 06:12:19
               FIA Card Services, NA/Bank of America,    MBNA America Bank, N.A.,
               by American InfoSource LP as its agent,    PO Box 248809,    Oklahoma City, OK 73124-8809
16729346     +E-mail/Text: bankruptcysupport@flagstar.com Nov 02 2011 03:27:31     Flagstar Bank,
               5151 Corporate Drive,    Troy, MI 48098-2639
16729348     +E-mail/Text: CLIENTSERVICES@NORTHWESTCOLLECTORS.COM Nov 02 2011 03:28:56
               Northwest Collectors, Inc.,    3601 Algonquin Road, Suite 500,    Rolling Meadows, IL 60008-3143
17605133     +E-mail/PDF: pa_dc_claims@salliemae.com Nov 02 2011 06:17:21     Sallie Mae,   c/o Sallie Mae Inc.,
               220 Lasley Ave.,    Wilkes-BArre,PA 18706-1496
                                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16729350*      Sallie Mae,   111000 USA Pkwy,   Fishers, IN 46037
16729351*      Sallie Mae,   111000 USA Pkwy,   Fishers, IN 46037
16729352*      Sallie Mae,   111000 USA Pkwy,   Fishers, IN 46037
16729353*      Sallie Mae,   111000 USA Pkwy,   Fishers, IN 46037
16729354*      Sallie Mae,   111000 USA Pkwy,   Fishers, IN 46037
16729343     ##+Bank of America,    PO Box 17054,   Wilmington, DE 19850-7054
                                                                                               TOTALS: 0, * 5, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 03, 2011**          **Signature:**          *Joseph Speetjens*